UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS INC.,

    Plaintiff,

v.

SF PARKING LLC, a California limited liability company,

    Defendant.

C17-369 TSZ

DEFAULT JUDGMENT

**Summary of Default Judgment**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | SF Parking, LLC |
| Liquidated Damages | $871.51 |
| Interest through 3/13/17 | 9.75 |
| Attorneys Fees: | $784.25 |
| Costs: | $485.00 |
| Other Recovery Amounts: | NONE |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

    Plaintiff's motion for default judgment, docket no. 8, is GRANTED, and it is hereby

DEFAULT JUDGMENT - 1

1     ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded default judgment against Defendant SF Parking, LLC in the amounts hereinafter listed, which amounts are due Plaintiff by Defendant for its inclusive employment of members of the bargaining unit represented by Local 665 with which Defendant has a valid collective bargaining agreement and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the employment period December 2016 through February 2017: for liquidated damages of $871.51, for pre-judgment interest of $9.75, for attorneys' fees of $784.25, and for costs of $485.00; all for a total of $2,150.51, together with post-judgment interest, pursuant to 28 U.S.C. § 1961, at the rate of one and one-tenth percent (1.1%) per annum from the date of this default judgment until paid in full.

    DATED this 25th day of May, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented for Entry by:

*/s/ Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
    Attorney for Plaintiff